Case 1:05-cr-00346-CAB   Document 106   Filed 07/02/2008   Page 1 of 2

SEPTEMBER 2, 2008
THE COURT GRANTS THE WARDEN'S REQUEST AND EXTENDS DEFENDANT'S
EVALUATION UNTIL OCTOBER 8, 2008.  IT IS SO ORDERED.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE

FILED
SEP - 2 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D. OH
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:05CR346-002 |
| Plaintiff(s), ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) | |
| DARYL BOGGS, ) | ORDER |
| Defendant(s). ) | |

ORDER

The Defendant appeared before this Court on July 1, 2008 for a hearing on Supervised Release Violations.

The Court finds the Defendant has a history of mental health issues; alcohol/drug abuse and attempted suicide.

Therefore, according to 18 U.S.C.§ 4244(b), it is

ORDERED that a determination of Defendant's mental condition be made by the Bureau of Prisons pursuant to 18 U.S.C.§ 4244(b) and shall be completed no later than Monday, September 15, 2008.

FURTHER ORDERED that a psychiatric and/or psychological examination of the defendant shall be conducted and a report on the same submitted to the Court and served on counsel of record (Assistant United States Attorney Ed Feran, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113 and Neal G. Atway, Atway, Cochran & Rafidi, Ste. 1, 19 East Front Street, Youngstown, OH 44503) pursuant to 18 U.S.C. § 4244(b) with provisions under 18 U.S.C. 4247(c).