AO 245D (Rev. 6/05) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DARYL BOGGS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 1:05CR346-002<br><br>USM Number: 55040-060<br><br>NEAL ATWAY<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>NEW CRIMINAL CHARGES</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

1. Mr. Boggs was convicted of Resisting Arrest in Niles Municipal Court on June 10, 2008. Mr. Boggs attempted suicide on June 18, 2008 by stabbing himself in the chest with a knife.

    The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

NOVEMBER 25, 2008
Date of Imposition of Sentence

*/s/ Christopher A. Boyko*
Signature of Judicial Officer

CHRISTOPHER A. BOYKO, United States District Judge
Name & Title of Judicial Officer

12/2/08
Date

FILED
DEC -2 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

AO 245B (Rev. 6/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR346-002 | Judgment - Page 2 of 2 |
| DEFENDANT: | DARYL BOGGS | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS. DEFENDANT SHALL BE GIVEN CREDIT FOR TIME SERVED.

The defendant shall participate in a mental health evaluation and/or mental health counseling at the direction of the Bureau of Prisons. The Defendant shall continue receiving current treatment and taking all prescribed medications.

[✓] The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in the following facility - ROCHESTER FEDERAL MEDICAL CENTER.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2:00 p.m. on _____.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal